UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YONATHAN L. VILLAR,

                              Petitioner,

                -against-

J.L. JAIMISON,

                              Respondent.

23-CV-5782 (LTS)

ORDER DIRECTING ORIGINAL
SIGNATURE

LAURA TAYLOR SWAIN, Chief United States District Judge:

Petitioner brings this action *pro se*. Petitioner submitted the petition without a signature. Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented." *See also* Local Civil Rule 11.1(a). The Supreme Court has interpreted Rule 11(a) to require "as it did in John Hancock's day, a name handwritten (or a mark handplaced)." *Becker v. Montgomery*, 532 U.S. 757, 764 (2001).

Petitioner is directed to resubmit the signature page of the petition with an original signature to the Court within thirty days of the date of this order. A copy of the signature page is attached to this order.

No answer shall be required at this time. If Petitioner complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Petitioner fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   July 17, 2023
         New York, New York

                                              /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                    Chief United States District Judge

## CONCLUSION

For the foregoing reasons, your Honor, Please:

(1) Direct the BOP to not exclude and grant Non-U.S. Citizen inmates from participating in a one-year sentence reduction granted by the FSA through the Earned Time Credits Program (ETC).

(2) Grant the Earned Time Credit Reduction Program, since the Equal Protection Clause of the Constitution of the United States Fourteenth Amendment requires that all persons who are similarly situated be treated alike.

Additionally, Petitioner prays that this Honorable Court grant any other relief that it deems proper, necessary, just and equitable.

Respectfully Submitted

Date:   June 7, 2023

Yonathon Villor 09822-049

F.C.I. Otisville
P.O. Box 1000
OTISVILLE, N.Y. 10963

7